IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CRYSTAL FRENCH, as Administratrix
of the Estate of Jonathan Self, Deceased,
on Behalf of the Estate and the Wrongful
Death Beneficiaries                                                                        PLAINTIFF

v.                          No. 2:21-cv-134-DPM

ANGELA TATUM, Dispatcher;
CHRISSY TUCKER, Deputy;
JOHN DOE, Deputy; MICHAEL
NEAL, Monroe County Sheriff;
and MONROE COUNTY,
ARKANSAS                                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

14 October 2022